UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re APPLICATION OF NOKIA
CORPORATION FOR AN ORDER
OF DISCOVERY PURSUANT TO
28 U.S.C. § 1782

Case No. 1:07-mc-47

Honorable Gordon J. Quist

_____/

**ROBERT BOSCH GMBH'S MOTION TO QUASH SUBPOENA**

**FILED UNDER SEAL**

Robert Bosch GmbH ("GmbH") moves to quash the subpoena issued by Nokia Corporation ("Nokia") because this Court lacks jurisdiction over GmbH, and because Nokia is not entitled to a subpoena under 28 U.S.C. 1782, as set forth more fully in the accompanying Brief in Support of this motion.

Pursuant to Local Rule 7.1(d), counsel for GmbH contacted counsel for Nokia to seek concurrence in the relief requested in this Motion, but such concurrence was not obtained.

Dated: May 21, 2007

Respectfully submitted,

By: _____
William R. Jansen
John J. Bursch
Dean F. Pacific
Warner Norcross & Judd LLP
111 Lyon Street, N.W., Suite 900
Grand Rapids, MI 49503-2487
(616) 752-2000
Attorneys for Robert Bosch GmbH

1408545-1