UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re APPLICATION OF NOKIA
CORPORATION FOR AN ORDER OF
DISCOVERY PURSUANT TO
28 U.S.C. § 1782

Case No. 1:07-MC-47

HON. GORDON J. QUIST

_____/

# ORDER

In accordance with the Opinion filed on this date,

**IT IS HEREBY ORDERED** that Nokia Corporation's Motion To Compel Robert Bosch GmbH To Comply With Court Order To Produce Certain Licenses (docket no. 10) is **DENIED**, and Robert Bosch GmbH's Motion To Quash Subpoena (docket no. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's April 23, 2007, Order is **VACATED** and Nokia Corporation's Application pursuant to 28 U.S.C. § 1782 is **DENIED**.

Dated:  June 13, 2007

/s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE